# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142850(54)(56)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LARRY STEVEN KING,
       Defendant-Appellant.

_____

SC: 142850
COA: 294682
Shiawassee CC: 09-008600-FH

On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief is considered and, it appearing the brief was filed October 13, 2011, the time for filing is extended to that date. The motion by Arvid and Irina Perrin for leave to file a brief *amicus curiae* is granted on condition that the brief be filed and served on or before January 3, 2012.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2011

_____
Clerk